1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.
   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
6  Facsimile: (408) 295-7444

7  /as

8  Attorney for Plaintiff

9
                     UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN JOSE DIVISION
12

13

14 | VERNARD SMITH,            ) No.: C08-05314 JF RS
                               )
15 |         Plaintiff,         )
                               )
16 |                           )
                               )
17 | v.                         ) STIPULATION AND ORDER FOR
                               ) DISMISSAL
18 |                           )
                               )
19 | MICHAEL J. ASTRUE,         )
   | Commissioner, Social Security )
20 | Administration,             )
                               )
21 |         Defendant.          )
                               )
22 |_____)

23
      Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this
24
   matter be dismissed in its entirety without prejudice.  Each party shall bear their own
25
   attorney's fees and costs.
26

27

28

                                         1
   STIPULATION AND ORDER

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: April 29, 2009

/s/
JACQUELINE A. FORSLUND
Special Assistant U.S. Attorney

Dated: April 29, 2009

/s/
HARVEY P. SACKETT
Attorney for Plaintiff
VERNARD SMITH

IT IS SO ORDERED.

Dated: 4/30/09

HON. JEREMY FOGEL
United States District Judge

STIPULATION AND ORDER

2